UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LISA M. ISKRIC | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE No. 1-12-03839-RNO |

| | | |
|---|---|---|
| LISA M. ISKRIC | : | VIOLATION OF AUTOMATIC |
| Plaintiff | : | STAY §362(k) AND DISCHARGE |
| | : | INJUNCTION §524 |
| vs. | : | |
| | : | ADV. NO. 1-13-00076-RNO |
| COMMONWEALTH FINANICAL | : | |
| SYSTEMS, INC. | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the Complaint and Summons were served on the following parties in this manner:

Name and Address | Mode of Service
---|---
Officer<br>Commonwealth Financial Systems, Inc.<br>245 Main Street<br>Dickson City, PA 18519 | Regular First Class Mail<br>Postage Pre-Paid
John Kotula, CEO<br>Commonwealth Financial Systems, Inc.<br>245 Main Street<br>Dickson City, PA 18519 | Regular First Class Mail<br>Postage Pre-Paid

Date: April 5, 2013                By: /s/ Lisa A. Rynard
                                       Lisa A. Rynard, Esquire
                                       Purcell, Krug & Haller
                                       1719 North Front Street
                                       Harrisburg, PA 17102