**Fw: U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: , Case Number: 13-00076, RNO, Ref: [p-57959768]**

PAMBBNC to: Pamela Radginski, PAMBml_TeamLeaders  08/09/2013 10:18 AM
Sent by: Carol Stefano
Cc: Susan Frisch

---- Forwarded by Carol Stefano/PAMB/03/USCOURTS on 08/09/2013 10:17 AM ----



USBankruptcyCourts@noticingcenter.com
08/08/2013 12:36 PM

To pambbnc@pamb.uscourts.gov
cc
Subject U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: , Case Number: 13-00076, RNO, Ref: [p-57959768]

Notice of Undeliverable Mail to Court - Adversary Proceeding

August 9, 2013

From: The Bankruptcy Noticing Center

Re:   Undeliverable Notice - Adversary Proceeding

In re: Iskric, Plaintiff
    Commonwealth Financial Systems, Inc., Defendant
    Adv. Proc. No. 13-00076 RNO

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.

Undeliverable Address:
Commonwealth Financial Systems, Inc.

Reason Undeliverable: INCOMPLETE ADDRESS  B_P11300076pdf0100057.PDF

EXHIBIT B

Iskric,
    Plaintiff

Adv. Proc. No. 13-00076-RNO

Commonwealth Financial Systems, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-1 | User: BIrving<br>Form ID: pdf010 | Page 1 of 2<br>Total Noticed: 0 | Date Rcvd: Aug 07, 2013 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft     Commonwealth Financial Systems, Inc.
    TOTALS: 1, * 0, ## 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 09, 2013      Signature: *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2013 at the address(es) listed below:
        Lisa A Rynard   on behalf of Plaintiff Lisa M Iskric  lrynard@pkh.com, rwhitfield@pkh.com
                                                                                                                                                                                   TOTAL: 1