UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| LISA M. ISKRIC : | CHAPTER 7 |
| Debtor : | CASE No. 1-12-03839-RNO |

=====================================================================

| | |
|---|---|
| LISA M. ISKRIC : | |
| Plaintiff : | |
| vs. : | ADV. NO. 1-13-ap-00076-RNO |
| COMMONWEALTH FINANCIAL : | |
| SYSTEMS, INC. : | |
| Defendant : | |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for Continuance, it is

HEREBY ORDERED that the hearing scheduled for November 21, 2013 regarding Defendant's motion to Vacate Default Judgment is rescheduled to December 19, 2013 at 10:00 a.m. at 3rd & Walnut Sts., Bankruptcy Courtroom (3rd Floor), Ronald Reagan Federal Building, Harrisburg, PA.

By the Court,

Robert N. Opel, II, Bankruptcy Judge
(DG)

Dated: November 12, 2013