UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LISA M. ISKRIC | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE No. 1-12-03839-RNO |

| | | |
|---|---|---|
| LISA M. ISKRIC | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | ADV. NO. 1-13-ap-00076-RNO |
| COMMONWEALTH FINANCIAL | : | |
| SYSTEMS, INC. | : | |
| Defendant | : | |

## MOTION FOR CONTINUANCE

COMES NOW Plaintiff, Lisa M. Iskric, by and through her attorney, Lisa A. Rynard, Esquire, and requests a continuance of the hearing scheduled for December 19, 2013. In support, Plaintiff avers as follows:

1. This matter is scheduled for hearing on Defendant's Motion to Vacate Default Judgment.

2. The hearing is scheduled for December 19, 2013 at 10:00 a.m. at 3rd & Walnut Sts., Bankruptcy Courtroom (3rd Floor), Ronald Reagan Federal Building, Harrisburg, PA.

3. This hearing was continued from a previously scheduled date.

4. The parties are engaged in settlement negotiations.

5. Counsel for Plaintiff has contacted Counsel for Defendant, Edwin A. Abrahamsen, requesting his consent to continue. Consent has been given.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an Order to reschedule the December 19, 2013 hearing to January 22, 2014 at 10:00 a.m.

Respectfully submitted,

PURCELL, KRUG & HALLER

By: /s/ Lisa A. Rynard
    Lisa A. Rynard, Esquire
    1719 North Front Street
    Harrisburg, Pa 17102
    (717) 234-4178
    PA #92802
    Counsel for Debtor/Plaintiff