UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
LISA M. ISKRIC : CHAPTER 7
 :
        Debtor : CASE No. 1-12-03839-RNO
==================================================================
 :
LISA M. ISKRIC :
        Plaintiff :
 :
vs. :
 : ADV. NO. 1-13-ap-00076-RNO
COMMONWEALTH FINANCIAL :
 SYSTEMS, INC. :
        Defendant :

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Continuance, it is

HEREBY ORDERED that the hearing scheduled for December 19, 2013 regarding Defendant's motion to Vacate Default Judgment is rescheduled to January 22, 2014 at 10:00 a.m. at 3rd & Walnut Sts., Bankruptcy Courtroom (3rd Floor), Ronald Reagan Federal Building, Harrisburg, PA.

By the Court,

Dated: December 18, 2013

Robert N. Opel, II, Bankruptcy Judge
(DG)